HELENE N. WHITE, Circuit Judge,
concurring in the judgment only.
I concur in the ultimate determination to reverse the district court’s grant of habeas relief.
Unlike the plurality, I do not reject the dissent’s legal analysis and find its application of clearly established law sound based on the record as it interprets it. If the record is not so interpreted, however, the excluded evidence ceases to have the crucial significance necessary to support the conclusion that Gagne was denied his constitutional rights to confront witnesses against him and present a defense. Although I find the dissent’s interpretation of the record reasonable, I do not think it *527 is compelled. Because I conclude that the record is also reasonably susceptible of the interpretation espoused by Judge Moore, Op. Concurring in Judgment at 522-23, and believe that we must read it in that manner under AEDPA, I concur in the judgment of reversal.